# Court of Appeals
# of the State of Georgia

ATLANTA,  March 10, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0321. TINA JONES v. GARY LEE JONES.**

Tina Jones seeks discretionary review of the superior court's final order that, among other things, modifies child custody and parenting time. Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders." Thus, the order Tina seeks to appeal is directly appealable.

Under OCGA § 5-6-35 (j), this Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, this application is hereby GRANTED. Tina Jones shall have ten days from the date of this order to file a notice of appeal with the superior court, if she has not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/10/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*